UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF:

HANSON MARINE PROPERTIES,
INC., d/b/a Salty Sam's Marina, as
the owner of a 2017 26' Beachcat,
Hull Identification Number:
BHT423BCE717,

    Petitioner.                        Case No: 2:20-cv-958-SPC-MRM

_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 64). Judge McCoy recommends entering default judgment against all persons and entities that have not filed a claim in this action by the March 8, 2021 deadline. No objections have been filed, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 64) is **ACCEPTED and ADOPTED** and the findings incorporated herein.
2. Petitioner Hanson Marine Properties, Inc.'s Unopposed Motion for Entry of Final Default Judgment Against All Non-Appearing Potential Claimants (Doc. 44) is **GRANTED**.
3. The Clerk is **DIRECTED** to enter a default judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on June 17, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record