## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN THE MATTER OF:

HANSON MARINE PROPERTIES,
INC., d/b/a Salty Sam's Marina, as
the owner of a 2017 26' Beachcat,
Hull Identification Number:
BHT423BCE717,

      Petitioner.                        Case No: 2:20-cv-958-SPC-MRM

_____/

### OPINION AND ORDER[1]

Before the Court is Beachcat Boat, LLC's Amended Motion to Dismiss Cross Complaint (Doc. 92), and Kayley A. Prinzi's response (Doc. 95). Beachcat moves to dismiss Prinzi's cross complaint as a shotgun pleading. In response, Prinzi agrees to file an amended cross-complaint to address the issues in Beachcat's motion and asks the Court's permission to do so. (Doc. 95 at 2, 4). Having considered the record and applicable law, the Court finds good reason to deny as moot Beachcat Boat's motion to dismiss and direct Prinzi to file an amended cross complaint.

      Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) Beachcat Boat, LLC's Amended Motion to Dismiss Cross Complaint

(Doc. 92) is **DENIED**.

(2) Kayley A. Prinzi is **DIRECTED** to file an amended cross-complaint

against Beachcat Boat on or before **September 7, 2021.**

**DONE** and **ORDERED** in Fort Myers, Florida on August 30, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record