UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF: HANSON
MARINE PROPERTIES, INC.,
d/b/a Salty Sam's Marina, as the
owner of a 2017 26' Beachcat,
Hull Identification Number:
BHT423BCE717, Petitioner.

Case No.: 2:20-cv-958-SPC-KCD

_____/

**<u>ORDER</u>**[1]

This Order follows up on three matters addressed at today's status conference that the Court held with attorneys for the remaining parties, Kayley Prinzi and Kevin Hyma.

First, the Court will, in its broad discretion, separate the bench trial on the issues of liability and damages. *See* Fed. R. Civ. P. 42(b); *Gilbert v. State Farm Mut. Auto. Ins. Co.*, 311 F.R.D. 685, 686 (M.D. Fla. 2015). It does so after considering the convenience to all parties and the Court and to expedite and economize what has been represented as potentially a two-week bench trial. The Court thus will hold a three-day bench trial as to liability starting on December 12, 2022, then as to damages later if necessary. All witnesses must testify in person. And the Court will modify the Amended Case Management

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

and Scheduling Order (Doc. 191) with new deadlines to govern the liability phase.  The Court is not inclined to grant any continuances absent extraordinary circumstances.[2]

Second, the Court conferred with the parties about consenting to United States Magistrate Judge Kyle C. Dudek, whose calendar may better accommodate the parties and their attorneys.  If the parties consent, they should file the AO85 form on or before September 26, 2022.

Third, the parties believe, as does the Court, that a settlement conference with United States Magistrate Judge Nicholas P. Mizell may be beneficial in resolving this case before the bench trial.  The Court thus will refer this case to Judge Mizel to conduct that conference at a date and time in **October 2022** convenient for him.

Accordingly, it is

**ORDERED**:

1. This action is set for a bench trial on liability on **December 12, 2022, at 9:00 a.m.** before the undersigned.  The Clerk is **DIRECTED** to issue a notice of hearing under separate cover.

2. These deadlines govern this action through the bench trial on liability:

---

[2] Following the liability trial, the Court will set additional deadlines and the second part of trial on damages if necessary.

| DEADLINE | DATE |
|---|---|
| **File AO85 form if consenting to Magistrate Judge Kyle C. Dudek** | September 26, 2022 |
| **Final Pretrial Meeting** | November 4, 2022 |
| **Motions in Limine as to Liability Only** | November 11, 2022 |
| **Responses to Motions in Limine** | November 14, 2022 |
| **Joint Final Pretrial Statement and Trial Briefs as to Liability Only** | November 18, 2022 |
| **Final Pretrial Conference (in person)** | December 7, 2022, at 9:30 am |
| **Trial Date for Liability Only** | December 12, 2022, at 9:00 am |
| **Estimated Length of Trial on Liability** | 3 days |

**DONE** and **ORDERED** in Fort Myers, Florida on September 20, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    United States Magistrate Judge Nicholas P. Mizell
           All Parties of Record

3